UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THEODORE HATLESTAD,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>O'REILLY AUTO ENTERPRISES LLC, a limited liability company, et al.,<br><br>　　　　　Defendants. | No.  1:22-cv-01644-JLT-CDB<br><br>ORDER RELATING AND REASSIGNING CASE AND REFERRING CASE TO THE MAGISTRATE JUDGE FOR FURTHER PROCEEDINGS<br><br>**NEW CASE NO. 1:22-cv-01644-ADA-CDB** |

After a review of the Court's docket, it appears that the case *Hatlestad v. O'Reilly Auto Enterprises LLC, et al.*, 1:22-cv-01644-JLT-CDB is related to *Martinez v. O'Reilly Auto Enterprises LLC, et al.*, 1:22-cv-01643-ADA-CDB. *See* E.D. Cal. R. 123.  Because reassignment of this action to a single District Judge and Magistrate Judge is likely to affect a savings of judicial effort and economy, it is appropriate to reassign the action to the docket of the undersigned. *See id*. at 123(c).

Accordingly,

1. Pursuant to Local Rule 123, the case of *Hatlestad v. O'Reilly Auto Enterprises LLC, et al.*, 1:22-cv-01644-JLT-CDB is REASSIGNED to the dockets of District Judge Ana de Alba and Magistrate Judge Christopher D. Baker;

///

2. The new case number will be 1:22-cv-01644-ADA-CDB, and all future filings shall use this case number only;

3. The *Hatlestad v. O'Reilly Auto Enterprises LLC, et al.* case is referred to Magistrate Judge Baker for the issuing of a scheduling order.

IT IS SO ORDERED.

Dated: January 18, 2023

_____
UNITED STATES DISTRICT JUDGE